# United States Court of Appeals
## For the First Circuit

No. 18-1553

UNITED STATES

Appellee

v.

EDGARDO RAMOS-VICENTE, a/k/a Galdo

Defendant - Appellant

**MANDATE**

Entered: May 18, 2020

    In accordance with the judgment of March 12, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Mariana E. Bauza Almonte
Edgardo Ramos-Vicente
Cesar S. Rivera-Giraud